NO. 28810

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,

vs.

PAUL SAY, Petitioner/Defendant-Appellee,

and

SHELDON YAMAGUCHI and LELAND FERNANDEZ, Defendants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 05-1-0187)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/defendant-appellee Paul Say's application

for writ of certiorari, filed February 16, 2010, is hereby

rejected.

DATED:  Honolulu, Hawaiʻi,  March 25, 2010.

FOR THE COURT:

Chief Justice

---

[1]  Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.